IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LOUIS SHANNON,
  Plaintiff,

vs.            Case No: 3:05cv158/RV/MD

LILLIE BOGAN, et al.,
  Defendants.

## REPORT AND RECOMMENDATION

  This cause is before the court upon referral from the clerk. This case was opened on May 5, 2005 upon plaintiff filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1). Because the complaint was deficient in a number of respects,[1] on June 8, 2005 plaintiff was ordered to file an amended complaint within thirty days (doc. 5).

  Plaintiff did not respond to the court's order. Accordingly, on July 29, 2005 this court issued an order requiring plaintiff to show cause within twenty days why this case should not be dismissed for failure to prosecute and failure to comply with an order of the court (doc. 6). To date plaintiff has not responded to the show cause order, nor has he filed an amended complaint.

---

[1] Plaintiff's handwriting was illegible throughout most of the complaint. Additionally, although plaintiff used the court form for identifying the defendants, he did not properly complete the remainder of the form. Furthermore, all of the named defendants were private citizens.

**Accordingly, it is respectfully RECOMMENDED:**

**That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.**

**DONE AND ORDERED this 2nd day of September, 2005.**

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636;** *United States v. Roberts*, **858 F.2d 698, 701 (11th Cir. 1988).**